**FILED**

MAR 0 4 2025

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DIST... TEXAS

☐ Check if this is an
amended filing

| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| NORTHERN    District of TEXAS (State) |
| Case number (*if known*): _____    Chapter 11 |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**    UPFRONT INVESTMENT LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    8 8 - 3 9 3 8 8 4 1

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 5600  SMU BLVD | |
| Number      Street | Number        Street |
| STE 3327 | |
| | P.O. Box |
| DALLAS        TX    75206 | |
| City        State    ZIP Code | City        State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| DALLAS | 5253 BONITA  AVENUE |
| County | Number      Street |
| | DALLAS        TX    75206 |
| | City        State    ZIP Code |

**5. Debtor's website (URL)**    _____

Debtor    UPFRONT INVESTMENT LLC                                          Case number *(if known)*_____
Name

| | |
|---|---|
| **6. Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | ☐ Partnership (excluding LLP) |
| | ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.   District _____  When _____  Case number _____
                                         MM / DD / YYYY

         District _____  When _____  Case number _____
                                         MM / DD / YYYY

Debtor    **UPFRONT INVESTMENT LLC**                              Case number (if known) _____
          Name

**10. Are any bankruptcy cases**
    **pending or being filed by a**         ☒ No
    **business partner or an**
    **affiliate of the debtor?**            ☐ Yes.  Debtor _____    Relationship _____

    List all cases. If more than 1,                  District _____    When _____
    attach a separate list.                                                                      MM / DD / YYYY
                                             Case number, if known _____

**11. Why is the case filed in *this***     Check all that apply:
    ***district*?**

                                             ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days
                                                immediately preceding the date of this petition or for a longer part of such 180 days than in any other
                                                district.

                                             ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have**         ☒ No
    **possession of any real**
    **property or personal property**       ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **that needs immediate**
    **attention?**                              **Why does the property need immediate attention?** (Check all that apply.)

                                                ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                                   What is the hazard? _____

                                                ☐ It needs to be physically secured or protected from the weather.

                                                ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without
                                                   attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related
                                                   assets or other options).

                                                ☐ Other _____


                                             Where is the property?  2622 MADERA STE      / 5253 BONITA AVE
                                                                     Number        Street


                                                                     DALLAS                          TEXAS      75206
                                                                     City                            State ZIP Code


                                             **Is the property insured?**

                                             ☐ No
                                             ☒ Yes. Insurance agency   STATE FARM INSURANCE

                                                     Contact name     ALISON   FOURTNER

                                                     Phone            214-744-3276


| **Statistical and administrative information** |
|---|

**13. Debtor's estimation of**              Check one:
    **available funds**
                                             ☒ Funds will be available for distribution to unsecured creditors.
                                             ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of**     ☒ 1-49          ☐ 1,000-5,000      ☐ 25,001-50,000
    **creditors**               ☐ 50-99         ☐ 5,001-10,000     ☐ 50,001-100,000
                                ☐ 100-199       ☐ 10,001-25,000    ☐ More than 100,000
                                ☐ 200-999

Debtor      **UPFRONT INVESTMENT LLC**                                    Case number *(if known)*
            Name

| 15. Estimated assets | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **03  04  2025**
             MM / DD / YYYY

X _[signature]_                                      DIEGO TRUJILLO
Signature of authorized representative of debtor     Printed name

Title  MANAGING PARTNER

**18. Signature of attorney**

X _____          Date _____
Signature of attorney for debtor                 MM  / DD / YYYY

T B A
Printed name

Firm name

Number      Street

City                                        State      ZIP Code

Contact phone                               Email address

Bar number                                  State

# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF TEXAS

**RE: UPFRONT INVESTMENT LLC**            :      Chapter <u>11</u>

     **Debtor**                               :      Case No. _____

### VERIFICATION OF CREDITOR MATRIX

I, Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: March 3rd ,2025                      /s/ _____

                                            *Diego Trujillo*

                             Signer/ Title    *Managing Partner.*

# UPFRONT INVESTMENT LLC

## MATRIX

1. LOAN RANGER CAPITAL
   5000 PLAZA ON THE LAKE #180
   AUTIN TX 78746

2. DALLAS COUNTY TAX OFFICE
   500 ELM STREET SUITE 3300
   DALLAS TX 75202

**Fill in this information to identify the case:**

Debtor name  UPFRONT INVESTMENT LLC

United States Bankruptcy Court for the:  NORTHERN         District of  TEXAS
                                                                    (State)

Case number (if known): _____

☐ Check if this is an
  amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | DALLAS COUNTY TAX COMMISONER 500 ELM STREET STE 3300 DALLAS TX 75202 | | PROPERTY TAXES BONITA AVE DALLAS TX 75206 | | 6370.51 | 0.00 | 6370.51 |
| 2 | DALLAS COUNTY TAX COMMISONER 500 ELM STREET STE 3300 DALLAS TX 75202 | | PROPERTY TAXES MADERA STREET DALLAS TX 75206 | | 24302.63 | 0.00 | 24302.63 |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor _____   Case number *(if known)* _____
              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

## CERTIFIED COPY OF RESOLTION

## OF MANAGING MEMBERS

## UPFRONT INVESTMENT LLC

This is to certify that at a meeting of the Member of **UPFRONT INVESTMENT LLC**

(the "**Company**") held on the 3RD day of MARCH 2025, the following resolution was adopted:

**WHEREAS**, the Company anticipates having a cash flow issue due to problems created by unforeseen circumstances.

**NOW, THEREFORE, IT IS HEREBY RESOLVED**, that the Company authorizes the Officers and Members of the Company to prepare, execute, and file the Petition for the Relief provided for the Chapter 11 of Tile 11 of the United State Code, and all of the necessary papers in connection therewith, for **UPFRONT INVESTMENT LLC** company in the United States Bankruptcy Court, Northern District of Texas Dallas Division.

**RESOLVED FURTHER**, that the Officers and Members of the Company be and hereby is authorized to do any other acts, execute all necessary document, and take any other steps in the name and on behalf of the Company necessary or appropriate to obtaining such relief, including the presentation of a Plan of Reorganization.

**RESOLVED FURTHER**, that the Officers and Members of the Company be and hereby is authorized to retain counsel for the Company.

Said resolution is still of full force and effect.

Date: March 3rd , 2025

UPFRONT INVESTMENT LLC

By: _____
Diego Trujilla