ntcustrm (rev. 12/09)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Upfront Investment LLC | § | Case No.:  25−30795−swe11 |
| | § | Chapter No.:  11 |
| Debtor(s) | § | |

# NOTICE OF U.S. TRUSTEE MOTION

***PLEASE TAKE NOTICE*** that unless a written response is filed with the clerk (including a certificate of service evidencing service upon the United States Trustee at 1100 Commerce Street, Room 976, Dallas, Texas 75242) within twenty−one (21) days following the issuance of this notice, an order granting the relief requested may be entered without further notice or hearing.

If a written response is filed a hearing will be held

at

U.S. Bankruptcy Court, 1100 Commerce St.,14th Floor Courtroom, Dallas, TX 75242

to consider and act upon the following:

Motion to dismiss case Hearing scheduled 4/1/2025 at 01:30 PM at Dallas Judge Everett Ctrm. Objections due by 3/26/2025. Filed by United State Trustee (Bublick, Asher)Modified on 3/6/2025 (bcd).

A copy of the motion is on file and available for inspection in the Office of the Clerk,
United States Bankruptcy Court
1100 Commerce Street
Room 1254
Dallas, TX 75242

DATED:  3/6/25                           FOR THE COURT:
                                         Stephen J Manz, Clerk of Court